**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WASAY KHAN,

        Plaintiff,

vs.                                                                     Case No. 3:09-cv-1090-J-32TEM

ERIC HOLDER, United States Attorney
General, et al.,

        Defendants.

## **ORDER**

This case is before the Court on plaintiff's Motion to Voluntarily Dismiss his Petition and for recovery of Attorney's Fees and Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Doc. 13. Plaintiff seeks dismissal of his *pro se* petition (which sought a hearing on his naturalization application) because his application has been granted without Court intervention and he is now a naturalized citizen. He further seeks reimbursement for expenses and costs in the amount of $750. Defendants have filed a response to the motion indicating that they are not opposed to the voluntary dismissal of the petition but object to the recovery of fees under EAJA because plaintiff is not a prevailing party within the meaning of EAJA (having moved to voluntarily dismiss the case before the defendants answered and before the Court had any need to review the merits or enter a judgment) and because EAJA does not permit *pro se* plaintiffs to recover attorneys fees. See Doc. 14. The Court agrees that EAJA does not permit the recovery of costs or fees in these circumstances. See Morillo-Cedron v. Dist. Dir. for the U.S. Citizenship & Immigration

Servs., 452 F.3d 1254, 1258 (11th Cir. 2006).

Accordingly, it is hereby

**ORDERED**:

Plaintiff's Motion to Voluntarily Dismiss his Petition and for recovery of Attorney's Fees and Costs (Doc. 13) is **GRANTED** to the extent that the petition is hereby dismissed and **DENIED** to the extent that no fees or costs are awardable. This case is therefore dismissed and the Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of June, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

*pro se* plaintiff
counsel of record